IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00209-KLM

GREGORY FREI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VAN'S INTERNATIONAL FOODS, a California corporation,

    Defendant.
_____

**ORDER GRANTING STIPULATION TO TRANSFER VENUE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    Th Court has considered the parties' Stipulation to Transfer Venue and is duly advised in the premises.  Accordingly, it is hereby Ordered as follows:

    1.    The Stipulation is **ACCEPTED**.

    2.    The Clerk is directed to transfer this case to the United States District Court, Northern District of California.

    3.    No further proceedings shall be had in this Court.  After transfer, the Clerk shall close this case.

Dated:  April 14, 2015

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge