| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | Dale J. Giali (Cal. Bar No. 150382) |
|   | *dgiali@mayerbrown.com* |
| 3 | Keri E. Borders (Cal. Bar. No. 194015) |
|   | *kborders@mayerbrown.com* |
| 4 | Rebecca B. Johns (Cal. Bar. No. 293989) |
|   | *rjohns@mayerbrown.com* |
| 5 | 350 South Grand Avenue |
|   | 25th Floor |
| 6 | Los Angeles, CA  90071-1503 |
|   | Telephone:  (213) 229-9500 |
| 7 | Facsimile:  (213) 625-0248 |
| 8 | Attorneys for Defendant |
|   | VAN'S INTERNATIONAL FOODS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANA RHINERSON, and AIDIN MORADI, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>VAN'S INTERNATIONAL FOODS, d/b/a Vans Natural Foods,<br><br>            Defendants. | Lead Case No. 3:13-cv-05923-VC<br><br>Case No.: 3:15-cv-01509-VC<br><br>Case No.: 3:15-cv-01723-VC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| PATRICIA CAMPBELL, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>VAN'S INTERNATIONAL FOODS, INC., an Arizona corporation,<br><br>            Defendants. | |

| | |
|---|---|
| GREGORY FREI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| VAN'S INTERNATIONAL FOODS, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all of the above-entitled consolidated cases (Case No. 3:13-cv-05923-VC, Case No.: 3:15-cv-01509-VC, and Case No.: 3:15-cv-01723-VC) with prejudice.

Dated:  September 25, 2015             MAYER BROWN LLP

                                By:    */s/ Keri E. Borders*
                                       Keri E. Borders
                                       Attorneys for Defendant
                                       Van's International Foods

Dated: September 25, 2015              SCOTT COLE & ASSOCIATES, APC

                                By:    */s/ Matthew R. Bainer*
                                       Matthew R. Bainer
                                       Attorneys for Representative Plaintiffs
                                       and the Plaintiff Classes

Dated: September 25, 2015              PARISI & HAVENS LLP

                                By:    */s/ David C. Parisi*
                                       David C. Parisi
                                       Attorneys for Representative Plaintiffs
                                       and the Plaintiff Classes

Dated: September 25, 2015              WOODROW & PELUSO LLC

                                By:    */s/ Steven L. Woodrow*
                                       Steven L. Woodrow
                                       Attorneys for Representative Plaintiffs
                                       and the Plaintiff Classes

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

DATED: September 28, 2015

_____
HON. VINCE CHHABRIA
United States District Judge